**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDI BEATTY,** ) | Case No. 2:10-CV-02840-LKK-GGH |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITHOUT PREJUDICE** |
| vs. ) | |
| ) | |
| **NATIONAL CHECK PROCESSING,** ) | |
| **LLC; and MICHELLE D. TURNER, an** ) | |
| **individual,** ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Eastern District Court of California, Plaintiff's Notice of Voluntary Dismissal Without Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 6th day of January, 2011.

                By:    s/Todd M. Friedman
                      Todd M. Friedman, Esq.
                      Law Offices of Todd M. Friedman, P.C.
                      tfriedman@AttorneysForConsumers.com
                      Attorney for Plaintiff

Filed electronically on this 6th day of January, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 6th day of January, 2011, via the ECF system to:

Honorable Lawrence K. Karlton
Judge of the United States District Court
Eastern District of California

Copy sent via mail on this 6th day of January, 2011, to:

National Check Processing
Attn: Michelle D. Turner
10605 Theresa Dr # 6
Jacksonville, FL 32246 -8758

January 6th, 2011

By: s/Todd M. Friedman
        Todd M. Friedman